Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus additional duty applicable under paragraph 924, was therefore sustained.

**No. 52374.**—George S. Bush & Co., Inc. *v.* United States, protests 110269-G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiff was sustained.

**No. 52375.**—B. R. Anderson & Co. et al. *v.* United States, protests 928899-G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.

**No. 52376.**—Frank P. Dow Co., Inc., et al. *v.* United States, protests 82799-K, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.

**No. 52377.**—Fisheries Supply Co. et al. *v.* United States, protests 687339-K, etc. (Seattle).